**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ryan W. Montgomery | CHAPTER 13 |
| Amy L. Montgomery | |
| Debtor(s) | BKY. NO. 20-21256 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ *Brian C. Nicholas*
Brian Nicholas
20 Oct 2020, 11:37:59, EDT

Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com