**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, | : | Bankruptcy Case No.: 20-21256-CMB |
| Amy L. Montgomery, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| _____ | : | |
| Ryan W. Montgomery and, | : | |
| Amy L. Montgomery, | : | |
| | : | Document No.: |
| Movants, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 17 |
| Huntington Bank, | : | |
| | : | |
| Respondent. | : | |

**DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on January 27, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for February 20, 2021.

The new post-petition monthly payment payable to Respondent is $213.94, effective February 20, 2021, per the notice dated January 27, 2021.  The Debtor's Plan payment provides for a monthly payment to Huntington Bank of $240.00.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  February 17, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com