**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : | Bankruptcy Case No.: 20-21256-CMB |
| Debtors. | : | Chapter 13 |
| Ryan W. Montgomery and, Amy L. Montgomery, | : | Document No.: 61 |
| Movants, | : | Related to Document No.: 60 |
| v. | : | Related to Claim No.: 17 |
| Huntington Bank, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kristen Finke, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on March 4, 2021, on the parties listed below.

Jessica M. Dillon
Real Estate Specialist, II
Huntington National Bank
5555 Cleveland Avenue GW1N10
Columbus, OH 43231

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101-8539

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: March 4, 2021

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com