IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 20-21256-CMB |
| RYAN W. MONTGOMERY and AMY L. MONTGOMERY,<br>           Debtors. | Chapter 13 |
| RONDA J. WINNECOUR,<br>Chapter 13 Trustee,<br>           Movant | Related to Doc. 66 |
| vs. | |
| STANDARD BANK PaSB, by assignment of Sail Mortgage Corp.,<br>           Respondent. | |

## RESPONSE TO TRUSTEE'S MOTION TO PRECLUDE POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

AND NOW, comes the Respondent, Standard Bank PaSB, by assignment of Sail Mortgage Corp., by and through its counsel, Ryan G. Lemke, Esquire, and the law firm of Hergenroeder Rega Ewing & Kennedy, LLC, and files the following response:

1. Respondent, Standard Bank PaSB, by assignment of Sail Mortgage Corp. ("Standard Bank"), is the holder of a first lien Mortgage on the Debtors' residence located at 1219 McEwen Avenue, Canonsburg, PA 15317.

2. Standard Bank consents to the Trustee's Motion and agrees to withdraw claim for Postpetition Mortgage Fees, Expenses and Charges.

                                                         Respectfully submitted,

                                                         HERGENROEDER REGA
                                                         EWING & KENNEDY, LLC

Dated:  May 20, 2021                           By:_____/s_*Ryan G. Lemke*_
                                                           Ryan G. Lemke, Esquire
                                                           PA Id. No.:  201118


                                                         Centre City Tower, Suite 1700
                                                         650 Smithfield Street
                                                         Pittsburgh, PA  15222
                                                         Telephone:  (412)  208-3294
                                                         Facsimile:   (412)  281-7727
                                                         Email:         rlemke@hrslaw.com
                                                         *Counsel for Creditor, Standard Bank PaSB,*
                                                         *by assignment of Sail Mortgage Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 20-21256-CMB |
| RYAN W. MONTGOMERY and AMY L. MONTGOMERY,<br>                Debtors. | Chapter 13 |
| RONDA J. WINNECOUR,<br>Chapter 13 Trustee,<br>                Movant | |
| vs. | |
| STANDARD BANK PaSB, by assignment of Sail Mortgage Corp.,<br>                Respondent. | |

## CERTIFICATE OF SERVICE

I certify that the foregoing **Response To Trustee's Motion To Preclude Postpetition Mortgage Fees, Expenses and Charges** has been served by U.S. First Class Mail, postage pre-paid, on the following at the addresses below:

Brian C. Thompson, Esquire
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA  15086
*Counsel for Debtors*

Ryan W. Montgomery and
Amy L. Montgomery
1219 McEwen Avenue
Canonsburg, PA  15317
*Debtors*

Ronda J. Winnecour
US Steel Tower
600 Grant Street, Suite 3250
Pittsburgh, PA  15219
*Chapter 13 Trustee*

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
*U.S. Trustee*

                                                Respectfully submitted,

                                                HERGENROEDER REGA
                                                EWING & KENNEDY, LLC

Dated:  May 20, 2021                    By:_____/s_*Ryan G. Lemke*_
                                                Ryan G. Lemke, Esquire
                                                PA Id. No.:  201118

                                                Centre City Tower, Suite 1700
                                                650 Smithfield Street
                                                Pittsburgh, PA  15222
                                                Telephone:  (412)  208-3294
                                                Facsimile:   (412)  281-7727
                                                Email:        [rlemke@hrslaw.com](mailto:rlemke@hrslaw.com)
                                                *Counsel for Creditor, Standard Bank PaSB,*
                                                *by assignment of Sail Mortgage Corp.*