IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : Case No.:  20-21256-CMB
:
RYAN W. MONTGOMERY and : Chapter 13
AMY L. MONTGOMERY, :
:
Debtors. : Related to Docs. 80, 80-1 & 80-2

**CERTIFICATE OF SERVICE**

I certify that the foregoing Affidavit of Brian K. Kurpiel, Exhibit-Loan Payment History and Exhibit-Payoff Statement pursuant to Chief Judge Bohm's Text Order filed at Document Number 78 has been served by U.S. First Class Mail, postage pre-paid, on the following at the addresses below:

Brian C. Thompson, Esquire
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA  15086
*Counsel for Debtors*

Ryan W. Montgomery and
Amy L. Montgomery
1219 McEwen Avenue
Canonsburg, PA  15317
*Debtors*

Ronda J. Winnecour
US Steel Tower
600 Grant Street, Suite 3250
Pittsburgh, PA  15219
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
*U.S. Trustee*

Respectfully submitted,

HERGENROEDER REGA
EWING & KENNEDY, LLC

Dated:  July 29, 2021

By:_____/s  *Ryan G. Lemke*
     Ryan G. Lemke, Esquire
     PA Id. No.:  201118

Centre City Tower, Suite 1700
650 Smithfield Street
Pittsburgh, PA  15222
Telephone:  (412)  208-3294
Facsimile:   (412)  281-7727
Email:       rlemke@hrslaw.com
*Counsel for Creditor, Standard Bank PaSB,*
*by assignment of Sail Mortgage Corp.*