# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : | Bankruptcy Case No.: 20-21256-CMB |
| Debtors. | : | Chapter 13 |
| Ryan W. Montgomery and, Amy L. Montgomery, | : | |
| Movants, | : | Document No.: 87 |
| v. | : | Related to Document No.: |
| Huntington Bank, | : | Related to Claim No.: 17 |
| Respondent. | : | |

## **DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on August 27, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for September 20, 2021.

The new post-petition monthly payment payable to Respondent is $201.00, effective September 20, 2021, per the notice dated August 27, 2021. The Debtor's Plan payment provides for a monthly payment to Huntington Bank of $240.00. Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: September 13, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com