## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ryan W. Montgomery and, Amy L. Montgomery, | : | Bankruptcy Case No.: 20-21256-CMB |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Ryan W. Montgomery and, Amy L. Montgomery, | : | |
| | : | Document No.: 96 |
| Movants, | : | |
| | : | Related to Document No.: 95 |
| v. | : | |
| | : | Related to Claim No.: 17 |
| Huntington Bank, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on November 4, 2021, on the parties listed below.

| | |
|---|---|
| Jessica M. Dillon<br>Real Estate Specialist, II<br>Huntington National Bank<br>5555 Cleveland Avenue GW1N10<br>Columbus, OH 43231 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| The Huntington National Bank<br>P.O. Box 89424<br>Cleveland, OH 44101-8539 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

Dated: <u>November 4, 2021</u>         /s/ Kristen Finke
                                        Kristen Finke, Paralegal
                                        Thompson Law Group, P.C.
                                        125 Warrendale Bayne Road, Suite 200
                                        Warrendale, PA 15086
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        kfinke@thompsonattorney.com