**Fill in this information to identify the case:**

Debtor 1     AMY L MONTGOMERY

Debtor 2     RYAN M MONTGOMERY
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number     20-21256

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Huntington Bank                **Court claim no.** (if known): 17

**Last 4 digits of any number you use to
identify the debtor's account:**    8558

**Date of payment change**    10/220/2022
Must be at least 21 days after
the date of this notice

**New total payment:**    $311.21
Principal, interest, and escrow

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [X] No

   [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____        New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [ ] No

   [X] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: Statement not generated due to Bankruptcy

   Current interest rate: 7.59%                    New interest rate: 8.34%

   Current principal and interest payment: $ 285.05       New principal and interest payment: $311.21

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   x No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Debtor 1   AMY L MONTGOMERY    Case number (*if known*) 20-21256
           First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

X   I am the creditor.

☐   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Elizabeth Yanniello          Date  9/27/2022
Signature

**Print:**   ELIZABETH YANNIELLO          Title  Bankruptcy Specialist
             First Name  Middle Name  Last Name

Company      Huntington Bank

Address      5555 Cleveland Ave    GW1N10
             Number    Street

             Columbus          OH    43231
             City              State ZIP Code

Contact phone  1-888-632 5547          Email:  bankruptcy@huntington.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Amy Montgomery                                          20-21256
    Ryan Montgomery                                    Chapter  13

        Debtor(s),

_____/

**CERTIFICATE OF SERVICE**

    The Huntington National Bank, filed a notice of monthly payment change.  A copy of the Document  and Certificate of Service was served upon, Debtor(s), Debtor's(s') Counsel, the Chapter 13 Trustee, and the U.S. Trustee by U.S. Mail or by electronic notification on September 27, 2022   at the addresses listed below:

AMY L MONTGOMERY, 5732 LAKE RD E GENEVA OH 44041
RYAN M MONTGOMERY, 5732 LAKE RD E GENEVA OH 44041

BRIAN C THOMPSON, Debtor's Attorney, BTHOMPSON@THOMPSONATTORNEY.COM

RONDA WINNECOUR Chapter 13 Trustee, @CMECF@CHAPTER13TRUSTEEWDPA.COM

                                                                  Respectfully submitted

Date: September 27, 2022                          /s/ Elizabeth Yanniello

                                                                  The Huntington National Bank
                                                                   3 Cascade Plaza   CAS055
                                                                    Akron, OH  44308
                                                                    Telephone: (888) 632-5547
                                                                    bankruptcy@huntington.com