# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery, and Amy L. Montgomery, | : : : | Bankruptcy No.: 20-21256-CMB |
| Debtora. | : : : | Chapter 13 |
| _____ Ryan W. Montgomery, and Amy L. Montgomery, | : : : : | |
| Movants, | : : | Document No.: |
| v. | : : : | Related to Document No.: |
| Ronda J Winnecour, | : : : | Related to Claim No.: 17 |
| Chapter 13 Trustee | : | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

❑    a motion to dismiss case or certificate of default requesting dismissal

❑    a plan modification sought by: _____

❑    a motion to lift stay
     as to creditor     _____

☒    Other:    Notice of Mortgage Payment Change filed by The Huntington National Bank at claim number 17.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

❑    Chapter 13 Plan
☒    Amended Chapter 13 Plan dated November 23, 2021

-1-

is modified as follows:

- ☒ Debtor(s) Plan payments shall be changed from **$ 3,350.00** to **$3,450.00** per month, effective <u>April 1, 2023;</u>                                           .

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other:  <u>This order incorporates and implements all Notice of Payment changes filed to date at claim number 17.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

Dated: March 30, 2023

Carlota M. Böhm  
United States Bankruptcy Judge

FILED  
3/30/23 1:36 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

Stipulated by:

/s/ *Brian C. Thompson*, Esquire  
Brian C. Thompson  
PA ID: 91197  
Thompson Law Group, P.C.  
125 Warrendale-Bayne Road, Suite 200  
Warrendale, PA 15086  
(724) 799-8404 Telephone  
(724) 799-8409 Facsimile  
bthompson@thompsonattorney.com

Stipulated by:

/s/*James C. Warmbrodt*, Esquire  
James C. Warmbrodt  
PA ID: 42524  
Attorney for Chapter 13 Trustee  
U.S. Steel Tower, Suite 3250  
600 Grant Street  
Pittsburgh, PA 15219  
412-471-5566  
jwarmbrodt@chapter13trusteewdpa.com

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21256-CMB |
| Ryan W. Montgomery | Chapter 13 |
| Amy L. Montgomery | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 30, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan W. Montgomery, Amy L. Montgomery, 1219 McEwen Avenue, Canonsburg, PA 15317-1989 |
| 15229799 | | Freedom Mortgage Corp, 6800 Southpoint Pkwy, Jacksonville, IN 46037 |
| 15229803 | + | Standard Bank, 2640 Monroeville, Blvd., Monroeville, PA 15146-2314 |
| 15243277 | + | Standard Bank PaSB, by assignment of, Sail Mortgage Corp., 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 30 2023 23:36:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15229794 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 23:36:44 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15240828 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 23:36:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15229796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2023 23:36:38 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15229795 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2023 23:36:47 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15240498 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2023 23:36:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15253966 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2023 23:36:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15229797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2023 23:36:38 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15229798 | | Email/Text: mrdiscen@discover.com | Mar 30 2023 23:34:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15233253 | + | Email/Text: dplbk@discover.com | Mar 30 2023 23:34:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15244684 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 30 2023 23:34:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15229800 | + | Email/Text: bankruptcy@huntington.com | Mar 30 2023 23:34:00 | Huntington Mortgage Co, 7575 Huntington Park Dr, Columbus, OH 43235-2600 |
| 15229801 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2023 23:36:42 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |

Case 20-21256-CMB　Doc 125　Filed 04/01/23　Entered 04/02/23 00:23:03　Desc
Imaged Certificate of Notice　Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15235841 | + | Email/Text: RASEBN@raslg.com | Mar 30 2023 23:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15253924 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2023 23:36:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15256981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2023 23:36:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15229804 | | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 23:36:43 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15229806 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 23:36:47 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15229802 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 30 2023 23:36:43 | SoFi, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 15256905 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 30 2023 23:36:49 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 15229805 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 23:36:47 | Syncb/Google, PO Box 965022, Orlando, FL 32896-5022 |
| 15230095 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 23:36:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15255411 | + | Email/Text: bankruptcy@huntington.com | Mar 30 2023 23:34:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15246528 | ^ | MEBN | Mar 30 2023 23:28:15 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15232726 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2023 23:36:36 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15229807 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2023 23:36:36 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Standard Bank PaSB, by assignment of Sail Mortgage, 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15256906 | *+ | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2023 | Form ID: pdf900 | Total Noticed: 30 |

Date: Apr 01, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Ryan W. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Amy L. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan G Lemke | on behalf of Creditor Standard Bank PaSB by assignment of Sail Mortgage Corp. rlemke@hrslaw.com, dscott@hrslaw.com |

TOTAL: 8