# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery, and Amy L. Montgomery, | : : : : : | Bankruptcy Case No.: 20-21256-CMB  Chapter 13 |
| Debtors. | : : | |
| Ryan W. Montgomery, | : : : | Document No.: 137 |
| Movant, | : : | Related to Document No.: 136 |
| v. | : : | |
| 84 Lumber, | : : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on May 25, 2023, via first class mail postage prepaid:

**84 Lumber**
**ATTN: Payroll Department**
**1019 Route 519**
**Eighty Four, PA 15330**

Executed on:  <u>May 25, 2023</u>

<u>/s/Brian C. Thompson</u>
Signature of Chapter 13 Trustee or Attorney for Debtor

<u>Brian C. Thompson, Esquire</u>
Typed Name of Chapter 13 Trustee or Attorney for Debtor

<u>125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086</u>
Address of Chapter 13 Trustee or Attorney for Debtor

<u>(724) 799-8404    Pa. I.D. #91197</u>
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor