N

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery, and<br>Amy L. Montgomery, | : | Bankruptcy No.: 20-21256-CMB |
| | : | |
| | : | |
| Debtora. | : | Chapter 13 |
| | : | |
| Ryan W. Montgomery, and<br>Amy L. Montgomery, | : | |
| | : | |
| | : | Document No.: |
| Movants, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 17 |
| Ronda J Winnecour, | : | |
| | : | |
| Chapter 13 Trustee | : | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

❑    a motion to dismiss case or certificate of default requesting dismissal

❑    a plan modification sought by: _____

❑    a motion to lift stay
    as to creditor    _____

☒    Other:    Notice of Mortgage Payment Change filed by The Huntington National
    Bank at claim number 17.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein,
based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and
there being no adverse impact upon other parties by way of this action, thus no notice is required to be
given; now therefore

**IT IS HEREBY ORDERED** that the

❑    Chapter 13 Plan
☒    Amended Chapter 13 Plan dated November 23, 2021

-1-

is modified as follows:

☒    Debtor(s) Plan payments shall be changed from **$ 3,450.00** to **$3,550.00** per month, effective <u>June 1, 2023;</u>

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before _____.

❑    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other: <u>This order incorporates and implements all Notice of Payment changes filed to date at claim number 17.</u>

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this 24th day of _____May_____, 2023

-2-

_____
United States Bankruptcy Judge

FILED
5/24/23 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 20-21256-CMB

Ryan W. Montgomery                                                      Chapter 13

Amy L. Montgomery

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2023 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan W. Montgomery, Amy L. Montgomery, 1219 McEwen Avenue, Canonsburg, PA 15317-1989 |
| 15595284 | + | Dollar Bank, Federal Savings Bank, 300 West Tuscarawas Street, Canton, OH 44702-1914 |
| 15595285 | | Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15229799 | | Freedom Mortgage Corp, 6800 Southpoint Pkwy, Jacksonville, IN 46037 |
| 15229803 | + | Standard Bank, 2640 Monroeville, Blvd., Monroeville, PA 15146-2314 |
| 15243277 | + | Standard Bank PaSB, by assignment of, Sail Mortgage Corp., 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 25 2023 00:42:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15229794 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2023 00:43:11 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15240828 | | Email/PDF: bncnotices@becket-lee.com | May 25 2023 00:54:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15229796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 00:42:26 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15229795 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 00:43:34 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15240498 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 00:43:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15253966 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 00:42:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15229797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 00:54:14 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15229798 | | Email/Text: mrdiscen@discover.com | May 25 2023 00:29:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15233253 | + | Email/Text: dplbk@discover.com | May 25 2023 00:30:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15244684 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 25 2023 00:29:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15229800 | + | Email/Text: bankruptcy@huntington.com | May 25 2023 00:29:00 | Huntington Mortgage Co, 7575 Huntington Park Dr, Columbus, OH 43235-2600 |
| 15229801 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0315-2                          User: auto                                      Page 2 of 3

Date Rcvd: May 24, 2023                       Form ID: pdf900                              Total Noticed: 32

| | | May 25 2023 00:43:46 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
|---|---|---|---|
| 15235841 | + Email/Text: RASEBN@raslg.com | May 25 2023 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15253924 | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 00:42:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15256981 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2023 00:42:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15229804 | Email/PDF: gecsedi@recoverycorp.com | May 25 2023 00:43:48 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15229806 | + Email/PDF: gecsedi@recoverycorp.com | May 25 2023 00:43:34 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15229802 | + Email/PDF: SoFiBKNotifications@resurgent.com | May 25 2023 00:43:45 | SoFi, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 15256905 | + Email/PDF: SoFiBKNotifications@resurgent.com | May 25 2023 00:43:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 15229805 | + Email/PDF: gecsedi@recoverycorp.com | May 25 2023 00:42:26 | Syncb/Google, PO Box 965022, Orlando, FL 32896-5022 |
| 15230095 | + Email/PDF: gecsedi@recoverycorp.com | May 25 2023 00:42:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15255411 | + Email/Text: bankruptcy@huntington.com | May 25 2023 00:29:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15246528 | ^ MEBN | May 25 2023 00:23:34 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15232726 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 25 2023 00:43:43 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15229807 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 25 2023 00:42:22 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Dollar Bank, Federal Savings Bank, 300 West Tuscarawas Street, Canton, OH 44702-1914 |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Standard Bank PaSB, by assignment of Sail Mortgage, 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15256906 | *+ | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: May 24, 2023                       Form ID: pdf900                                Total Noticed: 32

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  Federal Savings Bank bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Ryan W. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Amy L. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan G Lemke | on behalf of Creditor Standard Bank PaSB  by assignment of Sail Mortgage Corp. rlemke@hrslaw.com, dscott@hrslaw.com |

TOTAL: 9