# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : | Bankruptcy Case No.: 20-21256-CMB |
| Debtors. | : | Chapter 13 |
| Ryan W. Montgomery and, Amy L. Montgomery, | : | |
| Movants, | : | Document No.: 142 |
| v. | : | Related to Document No.: |
| Huntington Bank, | : | Related to Claim No.: 17 |
| Respondent. | : | |

## **DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on June 27, 2023, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtor that the payment is sufficient to fund the Plan even with the proposed change for July 20, 2023.

The new post-petition monthly payment payable to Respondent is $385.83, effective July 20, 2023, per the notice dated June 27, 2023.  The Debtor's Amended Plan payment provides for a monthly payment to Huntington Bank of $405.00.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: July 10, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com