# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : : : | Bankruptcy Case No.: 20-21256-CMB |
| Debtors. | : : : | Chapter 13 |
| Ryan W. Montgomery and, Amy L. Montgomery, | : : : | |
| Movants, | : : | Document No.: 185 |
| v. | : : | Related to Document No.: |
| Huntington Bank, | : : | Related to Claim No.: 17 |
| Respondent. | : : | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on June 27, 2024, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtors that the Plan is sufficiently funded even with the proposed change for July 20, 2024. Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: July 12, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com