# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : : : | Bankruptcy Case No.: 20-21256-CMB |
| | : | Chapter 13 |
| Debtors. | : : | |
| Ryan W. Montgomery and, Amy L. Montgomery, | : : : | |
| | : | Document No.: 192 |
| Movants, | : : | |
| | : | Related to Document No.: |
| v. | : : | Related to Claim No.: 9 |
| Dollar Bank, Federal Savings Bank, | : : | |
| Respondent. | : | |

## **<u>DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING</u>**

Pursuant with the Notice of Mortgage Payment Change filed on September 5, 2024, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtors that the payment is sufficient to fund the Plan even with the proposed change for October 1, 2024.

The new post-petition monthly payment payable to Respondent is $1,072.21, effective October 1, 2024, per the notice dated September 5, 2024. The Debtors' Amended Plan payment provides for a monthly payment to Dollar Bank, Federal Savings Bank, of $1,073.00. Therefore, Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: <u>September 12, 2024</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com