**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : : : | Bankruptcy Case No.: 20-21256-CMB |
| Debtors. | : : : | Chapter 13 |
| Ryan W. Montgomery and, Amy L. Montgomery, | : : : | |
| Movants, | : : | Document No.: 193 |
| v. | : : | Related to Document No.: 192 |
| Dollar Bank, Federal Savings Bank, | : : | Related to Claim No.: 9 |
| Respondent. | : : | |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on September 12, 2024, on the parties listed below.

Dollar Bank, Federal Savings Bank
c/o Mortgage Service Center
PO Box 8469
Canton, OH 44711

Jeremy J. Kobeski, Esquire
*Attorney for Creditor*
Grenen & Birsic, P.C.
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: September 12, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com