**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : | Bankruptcy Case No.: 20-21256-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Ryan W. Montgomery and, Amy L. Montgomery, | : | |
| | : | Document No.: 196 |
| Movants, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 17 |
| Huntington Bank, | : | |
| Respondent. | : | |

### **DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on October 28, 2024, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtor that the payment is sufficient to fund the Plan even with the proposed change for November 20, 2024.

The new post-petition monthly payment payable to Respondent is $350.42, effective November 20, 2024, per the notice dated October 28, 2024.  The Debtor's Amended Plan payment provides for a monthly payment to Huntington Bank of $405.00.  Therefore, Debtor's Plan remains sufficient.

                                        Respectfully Submitted,

Date:  November 7, 2024              /s/Brian C. Thompson
                                                  Brian C. Thompson, Esquire
                                                  Attorney for Debtor
                                                  PA I.D. # 91197
                                                  Thompson Law Group, P.C.
                                                  301 Smith Drive, Suite 6
                                                  Cranberry Township, PA 16066
                                                  (724) 799-8404 Telephone
                                                  (724) 799-8409 Facsimile
                                                  bthompson@thompsonattorney.com