# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan W. Montgomery and, Amy L. Montgomery, | : | Bankruptcy Case No.: 20-21256-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Ryan W. Montgomery and, Amy L. Montgomery, | : | Document No.: 198 |
| | : | Related to Document No.: |
| Movants, | : | Related to Claim No.: 10 |
| v. | : | |
| Freedom Mortgage Corporation, | : | |
| Respondent. | : | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on November 7, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the Plan is sufficiently funded even with the proposed change for December 1, 2024.

Respectfully Submitted,

Date: November 14, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com