**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | Ryan W. Montgomery and, Amy L. Montgomery, | : : : | Bankruptcy Case No.: 20-21256-CMB |
| | Debtors. | : : : | Chapter 13 |
| | Ryan W. Montgomery and, Amy L. Montgomery, | : : : | |
| | Movants, | : : | Document No.: 200 |
| | v. | : : | Related to Document No.: |
| | Huntington Bank, | : : | Related to Claim No.: 17 |
| | Respondent. | : : | |

**<u>DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING</u>**

Pursuant with the Notice of Mortgage Payment Change filed on November 27, 2024, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtor that the payment is sufficient to fund the Plan even with the proposed change for December 20, 2024.

The new post-petition monthly payment payable to Respondent is $374.23, effective December 20, 2024, per the notice dated November 27, 2024. The Debtor's Amended Plan payment provides for a monthly payment to Huntington Bank of $405.00. Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: <u>December 5, 2024</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com