**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RYAN W. MONTGOMERY<br>AMY L. MONTGOMERY<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>   Movant<br>       vs.<br>  RYAN W. MONTGOMERY<br>AMY L. MONTGOMERY<br><br>      Respondents | Case No.20-21256CMB<br><br><br>Chapter 13<br><br><br>Document No. 217 |

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __10th__ day of __April__ , 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

84 Lumber Company
Attn: Payroll Manager
1019 Rte 519*
Eighty Four,PA 15330-

is hereby ordered to immediately terminate the attachment of the wages of RYAN W. MONTGOMERY, social

security number XXX-XX-9487.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of

RYAN W. MONTGOMERY.

BY THE COURT:

*Carlota M. Böhm*

**dmr**

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney

FILED
4/10/25 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 20-21256-CMB

Ryan W. Montgomery                                                        Chapter 13

Amy L. Montgomery

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ryan W. Montgomery, Amy L. Montgomery, 1219 McEwen Avenue, Canonsburg, PA 15317-1989 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Herron | on behalf of Creditor Dollar Bank  Federal Savings Bank aherron@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian C. Thompson | on behalf of Joint Debtor Amy L. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Ryan W. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Apr 10, 2025                       Form ID: pdf900                              Total Noticed: 1

                                    on behalf of Creditor Dollar Bank  Federal Savings Bank bslaby@bdblaw.com

Jeremy J Kobeski
                                    on behalf of Creditor Dollar Bank  Federal Savings Bank jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com

Maria Miksich
                                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
                                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                    cmecf@chapter13trusteewdpa.com

Ryan G Lemke
                                    on behalf of Creditor Standard Bank PaSB  by assignment of Sail Mortgage Corp. rlemke@hrslaw.com, dscott@hrslaw.com


TOTAL: 11