**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RYAN W. MONTGOMERY<br>AMY L. MONTGOMERY<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:20-21256<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　　**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/13/2020 and confirmed on 6/3/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 224,429.09 |
| Less Refunds to Debtor | 6,496.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 217,932.77 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 15,175.36 | |
|    Trustee Fee | 11,449.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 26,624.64 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 62,365.81 | 0.00 | 62,365.81 |
|     Acct: 1661 | | | | |
|   HUNTINGTON MORTGAGE(*) | 0.00 | 17,876.81 | 0.00 | 17,876.81 |
|     Acct: 8558 | | | | |
|   DOLLAR BANK FSB** | 0.00 | 66,383.96 | 0.00 | 66,383.96 |
|     Acct: 2337 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 286.74 | 286.74 | 0.00 | 286.74 |
|     Acct: 1661 | | | | |
|   HUNTINGTON MORTGAGE(*) | 244.11 | 244.11 | 0.00 | 244.11 |
|     Acct: 8558 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 15,293.24 | 15,293.24 | 1,356.18 | 16,649.42 |
|     Acct: 8233 | | | | |
| | | | | 163,806.85 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN W. MONTGOMERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN W. MONTGOMERY | 1,822.50 | 1,822.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN W. MONTGOMERY | 1,822.50 | 1,822.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN W. MONTGOMERY | 2,851.32 | 2,851.32 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,710.28 | 4,710.28 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/22 | | | | |
|   THOMPSON LAW GROUP PC | 4,026.80 | 4,026.80 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/24 | | | | |
|   THOMPSON LAW GROUP PC | 3,188.28 | 3,188.28 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX7/25 | | | | |
|   DOLLAR BANK FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2337 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   DOLLAR BANK FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2337 | | | | |
|   DOLLAR BANK FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2337 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 6,018.25 | 992.47 | 0.00 | 992.47 |
|     Acct: 1009 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 5,480.91 | 903.86 | 0.00 | 903.86 |
|     Acct: 6415 | | | | |
|   CITIBANK NA** | 3,065.00 | 505.45 | 0.00 | 505.45 |
|     Acct: 0743 | | | | |
|   LVNV FUNDING LLC | 6,037.17 | 995.59 | 0.00 | 995.59 |
|     Acct: 5390 | | | | |
|   LVNV FUNDING LLC | 6,256.15 | 1,031.70 | 0.00 | 1,031.70 |
|     Acct: 2447 | | | | |
|   CITIBANK NA** | 11,524.44 | 1,900.50 | 0.00 | 1,900.50 |
|     Acct: 7673 | | | | |
|   LVNV FUNDING LLC | 7,117.52 | 1,173.75 | 0.00 | 1,173.75 |
|     Acct: 6821 | | | | |
|   DISCOVER BANK(*) | 12,883.39 | 2,124.60 | 0.00 | 2,124.60 |
|     Acct: 1661 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 36,816.49 | 6,071.41 | 0.00 | 6,071.41 |
|     Acct: 2820 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 8,714.16 | 1,437.05 | 0.00 | 1,437.05 |
|     Acct: 3768 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 3,321.79 | 547.80 | 0.00 | 547.80 |
|     Acct: 7840 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 22,913.06 | 3,778.59 | 0.00 | 3,778.59 |
|     Acct: 8161 | | | | |
|   LVNV FUNDING LLC | 20,917.20 | 3,449.46 | 0.00 | 3,449.46 |
|     Acct: 4113 | | | | |
|   LVNV FUNDING LLC | 12,489.16 | 2,059.59 | 0.00 | 2,059.59 |
|     Acct: 4121 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL | 2,788.08 | 459.78 | 0.00 | 459.78 |
|     Acct: 4444 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4597 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL | 191.39 | 31.56 | 0.00 | 31.56 |
|     Acct: 5683 | | | | |
|   UPMC HEALTH SERVICES | 231.17 | 38.12 | 0.00 | 38.12 |
|     Acct: 9487 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4444 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES L | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERGENROEDER REGA EWING & KENNE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 27,501.28 |

TOTAL PAID TO CREDITORS                                                                                                    191,308.13

20-21256 Page 3 of 3

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 15,824.09 |
| UNSECURED | 166,765.33 |

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   RYAN W. MONTGOMERY
   AMY L. MONTGOMERY
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:20-21256

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21256-CMB |
| Ryan W. Montgomery | Chapter 13 |
| Amy L. Montgomery | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jun 27, 2025     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan W. Montgomery, Amy L. Montgomery, 1219 McEwen Avenue, Canonsburg, PA 15317-1989 |
| 15595285 | | Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15229799 | | Freedom Mortgage Corp, 6800 Southpoint Pkwy, Jacksonville, IN 46037 |
| 15229803 | + | Standard Bank, 2640 Monroeville, Blvd., Monroeville, PA 15146-2314 |
| 15243277 | + | Standard Bank PaSB, by assignment of, Sail Mortgage Corp., 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2025 01:04:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 28 2025 01:19:48 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15229794 | + | Email/PDF: bncnotices@becket-lee.com | Jun 28 2025 00:43:16 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15240828 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2025 00:32:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15229796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:31:40 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15229795 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2025 00:32:05 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15240498 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2025 01:05:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15253966 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:43:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15229797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 01:20:35 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15229798 | | Email/Text: mrdiscen@discover.com | Jun 28 2025 00:29:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15233253 | + | Email/Text: dplbk@discover.com | Jun 28 2025 00:30:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15595284 | ^ | MEBN | Jun 28 2025 00:20:15 | Dollar Bank, Federal Savings Bank, 300 West Tuscarawas Street, Canton, OH 44702-1914 |
| 15244684 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 28 2025 00:29:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 11988 Exit 5 Parkway, Building 4, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Fishers, IN 46037-7939 |
| 15229800 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2025 00:30:00 | Huntington Mortgage Co, 7575 Huntington Park Dr, Columbus, OH 43235-2600 |
| 15229801 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2025 00:32:20 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15235841 | + | Email/Text: RASEBN@raslg.com | Jun 28 2025 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15253924 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2025 00:31:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15256981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2025 00:42:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15229804 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 01:04:49 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15229806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:32:06 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15229802 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 28 2025 00:32:14 | SoFi, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 15256905 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 28 2025 00:32:05 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 15229805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:32:27 | Syncb/Google, PO Box 965022, Orlando, FL 32896-5022 |
| 15230095 | ^ | MEBN | Jun 28 2025 00:20:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15255411 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2025 00:30:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15246528 | | Email/Text: BNCnotices@dcmservices.com | Jun 28 2025 00:29:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15232726 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 28 2025 00:31:44 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15229807 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 28 2025 00:32:13 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Dollar Bank, Federal Savings Bank, 300 West Tuscarawas Street, Canton, OH 44702-1914 |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Standard Bank PaSB, by assignment of Sail Mortgage, 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15256906 | *+ | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 27, 2025 | Form ID: pdf900 | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Herron | on behalf of Creditor Dollar Bank  Federal Savings Bank aherron@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian C. Thompson | on behalf of Debtor Ryan W. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Amy L. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  Federal Savings Bank bslaby@bdblaw.com |
| Jeremy J Kobeski | on behalf of Creditor Dollar Bank  Federal Savings Bank jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan G Lemke | on behalf of Creditor Standard Bank PaSB  by assignment of Sail Mortgage Corp. rlemke@hrslaw.com, dscott@hrslaw.com |

TOTAL: 11