IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RYAN W. MONTGOMERY
AMY L. MONTGOMERY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-21256

Chapter 13

Document No.: 224

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __29th__ day of __August__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/29/25 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21256-CMB |
| Ryan W. Montgomery | Chapter 13 |
| Amy L. Montgomery | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan W. Montgomery, Amy L. Montgomery, 1219 McEwen Avenue, Canonsburg, PA 15317-1989 |
| 15595285 | | Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15229799 | | Freedom Mortgage Corp, 6800 Southpoint Pkwy, Jacksonville, IN 46037 |
| 15229803 | + | Standard Bank, 2640 Monroeville, Blvd., Monroeville, PA 15146-2314 |
| 15243277 | + | Standard Bank PaSB, by assignment of, Sail Mortgage Corp., 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2025 00:34:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 30 2025 00:33:43 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15229794 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2025 00:33:27 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15240828 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2025 00:47:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15229796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2025 00:46:33 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15229795 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 00:33:43 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15240498 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 00:35:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15253966 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2025 00:33:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15229797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2025 00:34:37 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15229798 | | Email/Text: mrdiscen@discover.com | Aug 30 2025 00:30:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15233253 | + | Email/Text: dplbk@discover.com | Aug 30 2025 00:31:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15595284 | ^ | MEBN | Aug 30 2025 00:16:12 | Dollar Bank, Federal Savings Bank, 300 West Tuscarawas Street, Canton, OH 44702-1914 |
| 15244684 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 30 2025 00:31:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 11988 Exit 5 Parkway, Building 4, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Fishers, IN 46037-7939 |
| 15229800 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | Huntington Mortgage Co, 7575 Huntington Park Dr, Columbus, OH 43235-2600 |
| 15229801 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2025 01:00:03 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15235841 | + | Email/Text: RASEBN@raslg.com | Aug 30 2025 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15253924 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2025 00:34:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15256981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2025 00:59:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15229804 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 01:00:38 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15229806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 00:33:40 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15229802 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 30 2025 00:34:42 | SoFi, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 15256905 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 30 2025 00:34:37 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 15229805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 00:47:16 | Syncb/Google, PO Box 965022, Orlando, FL 32896-5022 |
| 15230095 | ^ | MEBN | Aug 30 2025 00:16:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15255411 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15246528 | | Email/Text: BNCnotices@dcmservices.com | Aug 30 2025 00:31:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15232726 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 30 2025 00:46:04 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15229807 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 30 2025 00:34:32 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Dollar Bank, Federal Savings Bank, 300 West Tuscarawas Street, Canton, OH 44702-1914 |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Standard Bank PaSB, by assignment of Sail Mortgage, 2640 Monroeville Boulevard, Monroeville, PA 15146-2314 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15256906 | *+ | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 20-21256-CMB    Doc 230    Filed 08/31/25    Entered 09/01/25 00:32:52    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025                           Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Alexander Herron
 on behalf of Creditor Dollar Bank  Federal Savings Bank aherron@grenenbirsic.com, mcupec@grenenbirsic.com

Brian C. Thompson
 on behalf of Debtor Ryan W. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
 on behalf of Joint Debtor Amy L. Montgomery bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Denise Carlon
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Elizabeth L. Slaby
 on behalf of Creditor Dollar Bank  Federal Savings Bank bslaby@bdblaw.com, alambert@bdblaw.com

Jeremy J Kobeski
 on behalf of Creditor Dollar Bank  Federal Savings Bank jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com

Maria Miksich
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Ryan G Lemke
 on behalf of Creditor Standard Bank PaSB  by assignment of Sail Mortgage Corp. rlemke@hrslaw.com, dscott@hrslaw.com

TOTAL: 11