## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy L. Montgomery<br>　　　　Ryan W. Montgomery<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**FREEDOM MORTGAGE<br>CORPORATION**<br>　　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>Amy L. Montgomery<br>Ryan W. Montgomery<br>　　　　　　　　　　　　**Debtor(s)**<br><br>Ronda J. Winnecour,<br>　　　　　　　　　　**Trustee** | **BK NO. 20-21256 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 5, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Amy L. Montgomery
1219 McEwen Avenue
Canonsburg, PA 15317

Ryan W. Montgomery
1219 McEwen Avenue
Canonsburg, PA 15317

Attorney for Debtor(s)
Brian C. Thompson, Esq.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: November 5, 2021

　　　　　　　　　　　　　　　　　　/s/Maria Miksich Esquire
　　　　　　　　　　　　　　　　　　Maria Miksich Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. 319383
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　412-430-3589
　　　　　　　　　　　　　　　　　　mmiksich@kmllawgroup.com